**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00637-CR

**BILLY JOE WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-55273-X**

## ORDER

The Court **REINSTATES** the appeal.

On October 21, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 8, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 21, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE